
# AFFIDAVIT OF SERVICE

24407
FISHBEIN-

Index No.  CV-08-3528
Date filed  8/28/08
File No.

EASTERN DIST. COURT, COUNTY OF NEW YORK

---

ANTHONY FAHME

Plaintiff(s)

against

GENE KAZLOW INDIVIDUALLY AND D/B/A KAZLOW & KAZLOW

Defendant(s)

---

State of New York, County of Nassau                         SS:

**RENUKA PERSAUD** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at HOLLIS NY

That on 9/3/08 at 9:43 AM at PLACE OF BUS. at
237 WEST 35TH STREET
NEW YORK  NY  10001
depondent served the within
**SUMMONS IN A CIVIL CASE**
**CLASS ACTION COMPLAINT**

on **GENE KAZLOW**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to       MIKE 'DOE'-REFUSED LAST NAME- COWORKER
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

[X] **MAILING**
Depondent also mailed by first class mail a copy of same to the person to be served at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, on    9/5/08

[X] **APPROXIMATE DESCRIPTION**

| SEX | COLOR | HAIR | HEIGHT | WEIGHT | AGE | OTHER |
|---|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 5'9' | 210 | 45 | |

[X] **MILITARY CONFIRMATION**
I asked the person spoken to
MIKE 'DOE'-REFUSED LAST NAME.COWORKER
whether recipient is in active military service of the United States or if he/she or any member of his/her family is dependent on anyone in the U.S. Military in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service nor are they or any member of their family dependent on the United States as the term is defined in the Federal statutes.

Sworn to before me on    9/5/08

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2012

RENUKA PERSAUD
1261218

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353