# ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

February 16, 2009

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Fahme v. Kazlow**
**08 CV 3528 (KAM) (SMG)**

Dear Magistrate Judge Gold:

I represent the plaintiff in the above matter. The Court has scheduled an initial conference for February 18, 2009 at 3:30 p.m. I am hereby informing Your Honor that the matter has settled. However, being that the defendant will make payments on the settlement over eight months, plaintiff is not prepared to file a stipulation of discontinuance until the last payment has cleared through my escrow account.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

cc: Stuart L. Sanders, Esq.